1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS MORRIS,<br><br>              Plaintiff,<br><br>       vs.<br><br>SAMMY SABBAGH, Los Angeles County Sheriff Deputy; and DOES 3-5, Inclusive,<br><br>              Defendants. | Case No.: 2:16-cv-06080-SVW (PLAx)<br><br>(Hon. Stephen V. Wilson)  JS-6<br><br>**JUDGMENT IN FAVOR OF SAMMY SABBAGH ON PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Action Filed:**  August 15, 2016 |

        Defendant, SAMMY SABBAGH, filed a Motion for Summary Judgment on Plaintiff, MARCUS MORRIS'S First Amended Complaint pursuant to Federal Rules of Civil Procedure 56 (c).  [Dkt. 40].

        Upon consideration of the moving papers, all declarations and exhibits submitted therewith, and the entire case file, the Court GRANTED the motion of defendant SABBAGH in a written order dated October 18, 2017.  [Dkt. 49].  The Court found that Plaintiff had not made an adequate showing on either of his claims. Accordingly, Sammy Sabbagh is entitled to summary judgment on both the

Eight and Fourteenth Amendment Claims.  The Order of the Court granting the motion is incorporated herein by reference.

By reason of said ORDER, Sammy Sabbagh is entitled to judgment in his favor and against Plaintiff, Marcus Morris on Plaintiff's First Amended Complaint.

Now, therefore, it is ORDERED, ADJUDGED AND DECREED that Plaintiff Marcus Morris shall have and recover nothing by reason of each and all of the claims set forth in his First Amended Complaint against Sammy Sabbagh. Sammy Sabbagh shall recover costs in accordance with Local Rule 54 (d).

SO ORDERED.


Dated:  December 27, 2017          _____

HONORABLE STEPHEN WILSON
UNITED STATES DISTRICT COURT